**FILED**

MAR 15 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**RECEIVED**

MAR 15 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERDEEP, INC., a Limited Liability Company, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PERRONE IMPORTERS, INC., a Puerto Rico corporation and its wholly owned subsidiary PERRONE IMPORTERS MEXICO,<br><br>Defendant. | Case No.: C04 04979 RS (ARB)<br><br>**ORDER ON EX PARTE APPLICATION FOR AN ORDER THAT DEFENDANTS PRESERVE INVENTORY** [PROPOSED] *RS*<br><br>Hon. Richard Seeborg |

On March 16, 2005, the court heard plaintiff Riverdeep, Inc.'s ex parte application for an order that defendants Perrone Importers, Inc. ("Perrone Puerto Rico") and Perrone Importers Mexico ("Perrone Mexico" and, collectively with Perrone Puerto Rico, "Perrone") preserve inventory. Based upon the papers submitted in support of the ex parte application, the pleadings on file in this matter, and the argument of counsel, *RS*

Order                                                                                          C04 04979 RS (ARB)

IT IS HEREBY ORDERED that:

1. Defendants shall preserve all inventory of Riverdeep software in their possession through the completion of arbitration proceedings, unless the parties agree in writing to an alternate disposition of the inventory, or unless this order is modified by a further Order of this Court.

Dated: 3/15/06

_____
United States ~~District Judge~~
MAGISTRATE JUDGE

Order     2     C04 04979 RS (ARB)