**\*E-FILED 9/15/06\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RIVERDEEP, INC., | NO. C 04-04979 RS |
| Plaintiff, | **ORDER SETTING STATUS CONFERENCE** |
| v. | |
| PERRONE IMPORTERS, INC., et al., | |
| Defendants. | |

Pursuant to the ordered filed on February 16, 2005, the above-entitled action was stayed pending completion of arbitration. The parties are ordered to appear before the Court for a status conference on **November 15, 2006 at 2:30 p.m.** to discuss the status of this case. A joint status report shall be filed no later than November 8, 2006.

IT IS SO ORDERED.

Dated: September 15, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER SETTING STATUS CONFERENCE

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

John V. Komar    jkomar@petrieschwartz.com

Peter John Porrata    email@peterjohnporrata.com, peterjohnporrata@prtc.net

Irwin Bennet Schwartz    ischwartz@petrieschwartz.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: September 15, 2006

                                 /s/ BAK
                                 Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California