Petrie Schwartz, LLP
Irwin B. Schwartz (Bar No. 141140)
John V. Komar (Bar No. 169662)
2033 Gateway Place, Suite 500
San Jose, California  95110
Telephone: (408) 947-9099
Facsimile:  (408) 947-9001

500 Boylston Street
Boston, Massachusetts 02116
Telephone:  (617) 421-1800
Facsimile:  (617) 421-1810
Counsel for Plaintiff Riverdeep, Inc.

*E-FILED 10/30/06

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERDEEP, INC., a Limited Liability Company, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PERRONE IMPORTERS, INC., a Puerto Rico corporation and its wholly owned subsidiary PERRONE IMPORTERS MEXICO,<br><br>Defendant. | Case No.: C04 04979 RS (ARB)<br><br>**STIPULATED PERMANENT INJUNCTION AND ORDER THEREON**<br><br>Hon. Richard Seeborg |

Plaintiff Riverdeep, Inc, ("Riverdeep") and defendants Perrone Importers, Inc. and Perrone Importers Mexico (collectively "Perrone"), by and through their counsel of record, stipulate as follows:

STIPULATED PERMANENT INJUNCTION                                              C04 04979 RS

1. On or about November 23, 2004, Riverdeep filed the complaint in this action, alleging Copyright Infringement, Trademark Infringement, Specific Performance, Breach of Contract and Unfair Competition. This court previously entered a preliminary injunction enjoining Perrone from copying or distributing Riverdeep software. Riverdeep and Perrone have agreed to settle this case, and as part of the consideration paid to Riverdeep, Perrone agreed to a stipulated permanent injunction on the following terms:

2. Perrone agrees, on a permanent basis beginning immediately, it shall be enjoined from copying, reproducing, or distributing in any manner, including but not limited to, selling, trading, giving away, bartering, or advertising for sale, any Riverdeep product including but not limited to any product covered by the International License and Distribution Agreement, dated as of December 24, 2003 between Riverdeep, Inc. and Perrone Importers, Inc., and the International License and Distribution Agreement dated as of December 24, 2003 between Riverdeep, Inc. and Perrone Importers, Mexico.

3. Perrone also agrees, on a permanent basis beginning immediately, it shall be enjoined from representing in any manner, to any person or entity, that it is authorized to distribute any Riverdeep product including but not limited to any product covered by the International License and Distribution Agreement, dated as of December 24, 2003 between Riverdeep, Inc and Perrone Importers, Inc., and the International License and Distribution Agreement dated as of December 24, 2003 between Riverdeep, Inc. and Perrone Importers, Mexico.

4. As part of the order issuing the preliminary injunction previously issued, the court ordered that the Gold Master disks remain in the custody of Robert Nuddleman, Perrone's former local counsel. Perrone agrees that said Gold Master disks may be released to John V. Komar,

for Riverdeep.

Date: ~~January~~ October 27, 2006        PETRIE SCHWARTZ, LLP


_____/S/_____

Irwin B. Schwartz
John V. Komar
Counsel for Plaintiff


Date: ~~January~~ June 1, 2006        LAW OFFICES OF PETER JOHN PORRATA


_____/S/_____

Peter John Porrata
Counsel for Defendants


## ORDER

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED:

1. The preliminary injunction previously entered by the court shall be replaced with this permanent injunction.

2. On a permanent basis beginning immediately, Perrone is enjoined from copying, reproducing, or distributing in any manner, including but not limited to, selling, trading, giving away, bartering, or advertising for sale, any Riverdeep product including but not limited to any product covered by the International License and Distribution Agreement, dated as of December 24, 2003 between Riverdeep, Inc. and Perrone Importers, Inc., and the International License and

1  Distribution Agreement dated as of December 24, 2003 between Riverdeep, Inc. and Perrone
2  Importers, Mexico.

3.   On a permanent basis beginning immediately, Perrone is enjoined from representing in any manner, to any person or entity, that it is authorized to distribute any Riverdeep product including but not limited to any product covered by the International License and Distribution Agreement, dated as of December 24, 2003 between Riverdeep, Inc and Perrone Importers, Inc., and the International License and Distribution Agreement dated as of December 24, 2003 between Riverdeep, Inc. and Perrone Importers, Mexico.

4.   The previous order of this court that the Gold Master disks remain in the custody of Robert Nuddleman, Perrone's former local counsel is modified, and Robert Nuddleman is directed to release the Gold Master disks to John V. Komar, counsel for Riverdeep.

Dated: October 30, 2006

_____
United States ~~District Judge~~
Magistrate Judge

STIPULATED PERMANENT INJUNCTION                              C04 04979 RS